UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUINTON M. THOMAS, ROELIF EARL CARTER, BRADLEY JILES, ANGELA DAVIS, MEREDITH WALKER, BRITTANY ELLIS, DONYA PIERCE, RONALD TUCKER, KEILEE FANT, MAWOUSSIME ADOBOE, SHILITA THOMAS, JAMES REDMOND III, VERONICA MURPHY, ET AL. | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) Case No.: 4:16-cv-1302 |
| vs. | ) ) |
| CITY OF ST. ANN, | ) ) |
| Defendant. | ) |

## *MOTION FOR LEAVE TO WITHDRAW*

COME NOW, Peter J. Dunne, Robert T. Plunkert, and Pitzer Snodgrass, P.C., and hereby respectfully request leave of Court to withdraw as counsel for Defendant City of St. Ann. Counsel asserts that Defendant City of St. Ann has been informed of this requst.

WHEREFORE, Peter J. Dunne, Robert T. Plunkert, and Pitzer Snodgrass, P.C., respectfully request this Court to enter an Order granting leave for Peter J. Dunne, Robert T. Plunkert, and Pitzer Snodgrass, P.C. to withdraw as attorneys for Defendant City of St. Ann, and that Peter J. Dunne, Robert T. Plunkert, and Pitzer Snodgrass, P.C., be removed as attorneys of record in this matter.

{01949107.DOCX;1}

/s/Peter J. Dunne
Peter J. Dunne  #31482MO
Robert T. Plunkert   #62064MO
PITZER SNODGRASS, P.C.
Attorneys for Defendant City of St. Ann
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

I, the undersigned, certify that the original pleading was signed by the attorney of record and a copy of the foregoing has been electronically served on all counsel of record via the Missouri eFiling System, and via e-mail and U.S. mail where indicated, on this 9th day of August 2017, to:

Mr. Thomas B. Harvey
Mr. Michael-John Voss
Mr. Blake A. Strode
Mr. Nathaniel Carroll
Mr. Brendan Roediger (Of Counsel)
ArchCity Defenders
1210 Locust Street
St. Louis, Missouri 63103
tharvey@archcitydefenders.org
mjvoss@archcitydefenders.org
bstrode@archcitydefenders.org
ncarroll@archcitydefenders.org
broedige@slu.edu
*Attorneys for Plaintiffs*

Robert Weiner (pro hac vice)
David Bergman (pro hac vice)
Seth Jason Wiener (pro hac vice)
601 Massachusets Ave., N.W.
Washington, D.C. 20001
robert.weiner@aporter.com
david.bergman@aporter.com
seth.wiener@apks.com
*Co-Counsel for Plaintiffs*

Samuel Zachary Fane (pro hac vice)
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
zachary.fane@apks.com
*Co-Counsel for Plaintiffs*

Maurice B. Graham
701 Market Street, Suite 800
St. Louis, Missouri 63101
mgraham@grgpc.com
*Attorney for Defendant's Counsel, Pitzer Snodgrass, P.C.*

| | |
|---|---|
| VIA U.S. MAIL AND E-MAIL<br>Steve Garrett<br>Curtis, Heinz, Garrett, and O'Keefe<br>130 S. Bemiston – Suite 200<br>St. Louis, MO 63105<br>SGarrett@chgolaw<br>*City Attorney for the City of St. Ann* | VIA U.S. MAIL AND E-MAIL<br>Matthew Conley<br>St. Ann City Hall<br>10405 St. Charles Rock Road<br>St. Ann, MO 63074<br>mconley@stannmo.org<br>*City Manager for the City of St. Ann* |

/s/Peter J. Dunne